## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **CR11  051** ML |
| v. | ) |
| | ) Violation of 18 U.S.C. §1351; |
| ARIF MOHAMED SAEED MOHAMED AL-ALI | ) 18 U.S.C. § 1001. |

FILED

### INDICTMENT

MAR 3 0 2011

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

The Grand Jury charges that:

### COUNT 1

From on or about June, 2010, to on or about October 7, 2010, within the District of Rhode Island, within the United Arab Emirates, and elsewhere, ARIF MOHAMED SAEED MOHAMED AL-ALI, did knowingly and with intent to defraud, recruit, solicit, and hire a person outside the United States for purposes of employment in the United States by means of materially false and fraudulent pretenses, representations, and promises regarding that employment.

All in violation of 18 U.S.C. §1351.

### COUNT 2

On or about February 17, 2011, within the District of Rhode Island and elsewhere, Defendant Arif Mohamed Saeed Mohamed Al-Ali, in a matter within the jurisdiction of the Department of Homeland Securities, Immigration and Customs Enforcement, did knowingly and willfully make a materially false and fraudulent statement and representation by presenting to Special Agents of Immigration and Customs Enforcement a document representing that he had paid all employment wages for the time period July 2010 through June 2011, when in fact said

claims and said document were false, as the defendant well knew.

All in violation of 18 U.S.C. §1001(a)(2) & (3).

A TRUE BILL:

**REDACTED**

_____
PETER F. NERONHA
UNITED STATES ATTORNEY

_____
STEPHEN DAMBRUCH
CRIMINAL CHIEF

_____
MARY ROGERS
ASSISTANT U.S. ATTORNEY

DATED: 3-30-11

2